IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 01-30021 |
| THERESA RICE, | ) ) ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

Upon Motion of the United States of America, and with the agreement of the Defendant, this Court enters the following restitution payment schedule:

(1)   The Defendant shall pay $75.00 a month and 25% of Federal tax refunds each year to the "Clerk, United States District Court", referencing Court No. 01-30021 on the payment, and mail it to the Clerk, United States District Court, Attn: Finance Department, 100 N. E. Monroe, Room 309, Peoria, Illinois 61602;

(2)   The Defendant shall provide an annual financial statement and provide notification of any change of address to the United States Attorneys

Office until the restitution is paid in full or the liability to pay restitution expires.

IT IS THEREFORE SO ORDERED.

ENTER:  June 30, 2006.

    FOR THE COURT:

                                  s/ Jeanne E. Scott
                                  JEANNE E. SCOTT
                        UNITED STATES DISTRICT JUDGE